## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mallory, Arianna

Printed: 10/29/08

Case Number:  07 B 14725

Judge:  Goldgar, A. Benjamin

Filed:  8/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  September 16, 2008

Confirmed:  November 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,628.28 |  |
| Secured: |  | 2,807.76 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 320.52 |
| Other Funds: |  | 0.00 |
| Totals: | 5,628.28 | 5,628.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,500.00 | 2,500.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 24,213.67 | 2,807.76 |
| 5. | Internal Revenue Service | Priority | 1,007.74 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 2,118.49 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 2,344.82 | 0.00 |
| | | | $ 32,184.72 | $ 5,307.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 222.50 |
| 6.5% | 98.02 |
| | $ 320.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

